**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No.: 2:26-cv-00450-ART-MDC |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| 3 SISTERS LLC; FELICIA NICOLE VALDEZ; DONOVAN SEWER; and SHASSIA PONCE; and DOES 1 - 10, inclusive, | **STIPULATION SET ASIDE DEFAULT ENTERED AGAINST DEFENDANT SHASSIA PONCE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SCOTTSDALE INSURANCE COMPANY ("Plaintiff"), by and through their undersigned counsel of record and Defendant SHASSIA PONCE ("Defendant"), by and through her undersigned counsel of record, to set aside the Default entered on June 1, 2026, against Defendant.

Defendant agrees to file an Answer to the Complaint on or before June 17, 2026.

DATED this 16th day of June, 2026.

**LADAH LAW FIRM**

*/s/ Ramzy Paul Ladah*

_____

**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No.: 11405
**CASSANDRA S.M. CUMMINGS, ESQ.**
Nevada Bar No. 11944
*Attorneys for Defendant Shassia Ponce*

DATED this 16th day of June, 2026.

**SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP**

*/s Laleaque Grad*

_____

**Laleaque Grad, Esq.**
Nevada Bar No. 8475
225 Broadway, Suite 1460
San Diego, CA 92101
*Attorney for Plaintiff Scottsdale Insurance Company*
**Permission for e-signature attached as Exhibit 1.**

## ORDER

IT IS SO ORDERED that the Default entered against Defendant, Shassia Ponce, on June 1, 2026, is set aside. Per the parties' stipulation, Defendant, Shassia Ponce is to file An Answer on or before June 17, 2026.

_____
Anne R. Traum
United States District Judge

Dated: June 22, 2026