UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>3 SISTERS LLC; FELICIA NICOLE VALDEZ; DONOVAN SEWER; and SHASSIA PONCE; and DOES 1 - 10, inclusive.<br><br>Defendants. | Case No. 2:26-cv-00450-ART-MDC<br><br>**ORDER GRANTING**<br><br>**PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S STIPULATION AND ORDER OF DISMISSAL OF SHASSIA PONCE WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(ii)**<br><br>Judge: Hon. Anne R. Traum<br>Dept: 29<br>Complaint Filed: February 19, 2026 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SCOTTSDALE INSURANCE COMPANY and Defendant SHASSIA PONCE that

///

all claims asserted by SCOTTSDALE INSURANCE COMPANY against SHASSIA PONCE in the above-captioned action are dismissed with prejudice, with each party to bear its own costs and attorneys fees.

DATED: October 27, 2026

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP

By: */s/ Laleaque Grad*
SHERYL W. LEICHENGER
LALEAQUE GRAD
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED: October 27, 2026

LADAH LAW FIRM

By: /s/ *Cassandra S.M. Cummings*
RAMZY PAUL LADAH
Nevada Bar No.: 11405
CASSANDRA S.M. CUMMINGS
Nevada Bar No. 11944
Attorneys for Defendant
SHASSIA PONCE

**STATEMENT OF AUTHORITY TO FILE**

I attest that all signatories on this document and on whose behalf this filing is submitted concur with the filing's content and authorize the filing of this document.

By: /s/ Laleaque Grad
LALEAQUE GRAD

**ORDER**

IT IS SO ORDERED that Defendant SHASSIA PONCE is dismissed with prejudice from the above-captioned action.

Hon. Anne R. Traum
United States District Judge

Dated this 27th day of October, 2026.



380 107972 4923-2603-1576 .v1